[No. 7051-7-I. Division One. January 28, 1980.]

EUGENE LACROIX, ET AL, *Appellant*, v. HELENA
DARGAN, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-2-00117-1, John F. Wilson, J.,
entered October 17, 1978. *Reversed* and *remanded* by
unpublished opinion per Ringold, J., concurred in by
Williams and Dore, JJ.

[No. 4026-II. Division Two. January 29, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
L. STEVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 66695, John W. Schumacher, J.,
entered February 4, 1977. *Affirmed* by unpublished opinion
per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3484-II. Division Two. January 29, 1980.]

*In the Matter of the Welfare of*
JOHN CONWAY.

Appeal from a judgment of the Superior Court for Pierce
County, No. 30622, Paul M. Boyle, J. Pro Tem., entered
February 9, 1978. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.